# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANGELICA ROMERO,<br><br>         Defendant, | Case No. 21-CR-2280-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE HAVING BEEN SHOWN**, this Court grants the above-entitled motion.

**IT IS ORDERED** that the motion hearing/trial setting currently set for April 1, 2022 at 1:30 p.m. be continued to May 20, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: March 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge