# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANGELICA ROMERO,<br><br>　　　　Defendant, | ) Case No. 21-CR-2280-JLS<br>)<br>)<br>) **ORDER GRANTING JOINT**<br>) **MOTION TO CONTINUE**<br>) **MOTION HEARING/TRIAL**<br>) **SETTING**<br>)<br>)<br>) |

**GOOD CAUSE HAVING BEEN SHOWN**, this Court grants the above-entitled motion.

**IT IS ORDERED** that the motion hearing/trial setting currently set for May 20, 2022 at 1:30 p.m. be continued to June 17, 2022 at 1:30 p.m. Time is excluded pursuant to the Speedy Trial Act.

**IT IS SO ORDERED**.

Dated: May 17, 2022

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge