# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANGELICA ROMERO,<br><br>　　　　　Defendant, | Case No. 21-CR-2280-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**GOOD CAUSE HAVING BEEN SHOWN**, this Court grants the above-entitled motion.

**IT IS ORDERED** that the motion hearing/trial setting currently set for June 17, 2022 at 1:30 p.m. be continued to July 1, 2022 at 1:30 p.m. Time is excluded pursuant to the Speedy Trial Act.

**IT IS SO ORDERED**.

Dated: June 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge